Stephen M. Lobbin (CA Bar No. 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391

*Counsel for Plaintiff Ad Innovations LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AD INNOVATIONS, LLC,**<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>**SENSORY, INC.,**<br><br>　　　　　　　Defendant. | Case No. 5:26-cv-02939<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Ad Innovations, LLC files this Original Complaint for Patent Infringement against Sensory, Inc., and would respectfully show the Court as follows:

## I.  NATURE OF THE LAWSUIT

1.　　This is an action for patent infringement under the Patent Laws of the United States, Title 35 United States Code ("U.S.C.") resulting from Sensory, Inc., infringing, in an illegal and unauthorized manner and without authorization and/or consent from Ad Innovations, LLC, United States Patent No. 8,594,341 pursuant to 35 U.S.C. §271, and to recover damages, attorney's fees, and costs.

## II.  THE PARTIES

2.　　Plaintiff Ad Innovations, LLC ("Ad Innovations" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste. 500, Cheyenne, WY 82001.

COMPLAINT - 1

3.      On information and belief, Defendant Sensory, Inc. ("Sensory" or "Defendant") is a California corporation with a regular and established places of business at 3150 De La Cruz Blvd., Suite 120, Santa Clara, California 95054. Defendant has a registered agent Todd Mozer at 4701 Patrick Henry Drive, Building 7, Santa Clara, California 95054.

### III.  JURISDICTION AND VENUE

4.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

5.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the California Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 3150 De La Cruz Blvd., Suite 120, Santa Clara, California 95054.

6.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within California.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in California.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within California.  Defendant has committed such purposeful acts and/or transactions in California such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

7.      Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in California and in this District at 3150 De La Cruz Blvd., Suite 120, Santa Clara, California 95054. Further, Defendant is a

COMPLAINT - 2

California corporation.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

8.    For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

## IV.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 8,594,341)

9.    Plaintiff incorporates the above paragraphs herein by reference.

10.    On November 26, 2013, United States Patent No. 8,594,341 ("the '341 Patent") titled System and Methos for Selectively Switching Between a Plurality of Audio Channels was duly and legally issued by the United States Patent and Trademark Office.  The priority date of the '341 patent is at least as early as October 18, 2004.  The term of the patent is extended or adjusted under 35 U.S.C. §154(b) by 1,069 days.  A true and correct copy of the '341 Patent is attached hereto as Exhibit A and incorporated herein by reference.

11.    Ad Innovations is the assignee of all right, title, and interest in the '341 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '341 Patent.  Accordingly, Ad Innovations possesses the exclusive right and standing to prosecute the present action for infringement of the '341 Patent by Defendant.

12.    The '341 patent teaches systems and methods related to switching between a plurality of audio channels, and more particularly systems and methods enabling a user to listen to desired audio content with a total lack of distraction while selectively allowing certain important and selected sounds to interrupt the audio content.  (Ex. A at Abstract).

13.    With the proliferation and miniaturization of audio content devices, users are taking these devices into a variety of environments and frequently have the desire to enjoy the

COMPLAINT - 3

audio content in a virtual exclusion of sounds other than the desire audio content.  (*Id.* at 1:13-25).  Digital noise reduction sound processing and better headphone designs to isolate sound have allowed audio headphone and vehicle users to enhance their audio content listening experience.  (*Id.* at 1:26-29).  For example, in a vehicle, a user-driver may want to only listen to music to the exclusion of external sounds such as engine noise and sounds external to the vehicle and therefore vehicle design and noise reduction sound processing reduce or eliminate those sounds.  (*Id.* at 1:32-40).  However, prudency and laws in various states require that the user be able to hear certain external sounds while driving.  (*Id.* at 1:40-48).  For example, the sound of a car horn or the sound of an emergency vehicle are two noises that the user in the vehicle would want to (and in many cases be required by law) to hear.  (*Id.* at 1:48-50).  Therefore, a need existed for systems and methods for selectively switching between various audio channels, for example, between desired audio content and predetermined sound patterns.  (*Id.* at 1:1:54-57).

14.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 40 of the '341 Patent in this District, California, and elsewhere in the United States. As shown below, Defendant infringes claim 40 of the '341 patent by performing (through use and testing) the claimed method for selectively switching between a plurality of audio channels in an audio device, namely using its AI Voice Solutions.

15.    Defendant performs a method for selectively switching between a plurality of audio channels in an audio device. For example, Sensory provides AI Voice Solutions for Automotive applications, including an Emergency Vehicle Detection (EVD) functionality, which is integrated into a vehicle's infotainment system. EVD utilizes in-vehicle microphones to capture external sounds from the surroundings, such as emergency sirens. Further, EVD incorporates a Sound Detection capability powered by Sensory's SoundID technology, which applies digital signal processing (DSP) to continuously monitor external sounds and filter out

COMPLAINT - 4

non-siren noises, including background music playing through the infotainment system. Once an emergency siren is detected, EVD notifies the driver through the vehicle's infotainment interface using audiovisual alerts. It would be apparent to a person having ordinary skill in the art that the EVD performs selective switching (or override) between multiple audio channels - namely, a first channel carrying infotainment audio content (music) and a second channel carrying externally detected emergency audiovisual alert.



(*E.g.*, https://sensory.com/solution/automotive/).[1]

In-Cabin Awareness & Sound Detection

Identify sirens, alerts, and warning signals to enhance safety.

(*E.g.*, https://sensory.com/solution/automotive/).

---

[1] Red text, boxes, and lines on the images in this Complaint are notations added to the image to facilitate the identification of relevant information supporting the accusation of infringement.

COMPLAINT - 5

### How It Works

Sensory's system operates through a multi-layered detection process. The first stage, powered by a DSP, continuously monitors for potential siren signals and filters out non-relevant noise. Once a possible signal is detected, the system engages the revalidation stage, leveraging TrulySecure Speaker Verification (TSSV) for additional analysis. This two-tier process uses statistical revalidation followed by deep neural network validation for maximum accuracy, ensuring resource efficiency by only engaging higher-power processes when necessary.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).



(*E.g.*, https://www.youtube.com/watch?v=fVYJzDkR6m0 at 4:26).



(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 9:07).

COMPLAINT - 6

**Audio Capture & Multiple Microphones**

The system supports both in-cabin and external microphones for optimal audio capture. A single in-cabin microphone can efficiently detect sirens, while external setups using three or more microphones enhance directional accuracy, improving the system's robustness against road and vehicle noise.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

## Q: What are the advantages of in-cabin microphones?

A: The primary advantage is cost. Modern cars already have internal microphones that can be used for siren detection without adding additional hardware.

(*E.g.*, https://sensory.com/advanced-siren-detection-webinar/).



**Sensory SoundID**

Detects and understands environmental sounds in real time, fully on-device, private, and cloud-free.

EVD Product Brief

SoundID Product Brief →

Audiovisual alerts

(*E.g.*, https://www.youtube.com/watch?v=fVYJzDkR6m0 at 4:26).

COMPLAINT - 7



## IN-CABIN DETECTION

Utilizes existing in-cabin microphones,
for seamless low cost integration.

(*E.g.*, https://www.youtube.com/watch?v=fVYJzDkR6m0 at 4:26).

16.    Defendant performs the step of prestoring a plurality of predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio sound.  For example, EVD identifies sirens from police cars, fire trucks, and ambulances ("preselected external audio sound") among other non-siren audio signals and utilizes machine learning, including a DeepNet Revalidation model, to detect and distinguish sirens from other non-siren sounds. The DeepNet Revalidation model is trained across a vast library of sounds that includes sirens ("plurality of predetermined digital sound patterns"), road noise, engine hum, chatting passengers, and even music to ensure that sirens are correctly identified. Therefore, it would be apparent to a person having ordinary skill in the art that the EVD effectively prestores these predetermined digital sound patterns in the memory of the vehicle's infotainment system for subsequent matching and identification of the siren when an emergency vehicle approaches.

COMPLAINT - 8



(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 6:44).

- **Speed:** Reacts to sirens within a few hundred milliseconds.
- **Optimized for footprint & latency:** Our tech maintains a sliding acoustic history of 1.5 seconds ensuring quick processing without sacrificing accuracy.
- **Platform versatility:** Seamlessly integrates with a wide range of DSP and AP-level platforms, supporting various programming languages for easy development.
- **Accuracy:** Our EVD models achieve an incredibly low FRR of just 1.6% on a 1.5-second window, ensuring that real siren events are detected with high reliability.
- **Real-world robustness:** Comprehensive noise training across a vast library of sounds– road noise, engine hum, chatting passengers, and even music – ensures consistent performance in any driving environment.
- **Cost-Effective Adaptability:** Works seamlessly with in-cabin microphones, leveraging existing hardware to reduce cost and simplify integration.

*Prestoring a plurality of predetermined digital sound patterns*

(*E.g.*, https://sensory.com/advanced-siren-detection-webinar/).

COMPLAINT - 9

# In-Cabin Awareness & Sound Detection

Identify sirens, alerts, and warning signals to enhance safety.

(*E.g.*, https://sensory.com/solution/automotive/).

## How It Works

Sensory's system operates through a multi-layered detection process. The first stage, powered by a DSP, continuously monitors for potential siren signals and filters out non-relevant noise. Once a possible signal is detected, the system engages the revalidation stage, leveraging TrulySecure Speaker Verification (TSSV) for additional analysis. This two-tier process uses statistical revalidation followed by deep neural network validation for maximum accuracy, ensuring resource efficiency by only engaging higher-power processes when necessary.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

- **AP Level Two-stage System for Emergency Vehicle Sound Detection**
  - 1st stage identifies event candidates
  - 2nd stage revalidates candidates and removes most FAs





(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 9:07).

As the future of autonomous and modern vehicles accelerates, the ability to detect emergency vehicles in real-time is crucial for ensuring road safety. Sensory, Inc.'s Automotive Siren Detection System is at the forefront of this innovation, providing a reliable, embedded solution for detecting sirens amidst various road noises and environments. This advanced DSP (Digital Signal Processing) application enhances the responsiveness of vehicles, both autonomous and driver-assisted, to emergency situations, ultimately improving road safety for all users.

COMPLAINT - 10

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

**Embedded, Cloud-Free Operation**

Designed for on-device processing, the system does not require cloud connectivity, enabling real-time siren detection without reliance on external networks. This ensures the system's functionality even in areas with poor or no internet connectivity, enhancing safety across all driving environments.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

17.    Defendant performs the step of supplying audio content on a first channel of the audio device.  For example, when the driver requests the infotainment system to play music ("audio content") by giving a "hey sensory" voice command, the vehicle infotainment system plays the music. Accordingly, it would be apparent to a person having ordinary skill in the art that music is supplied over a first audio channel of the vehicular audio device, such as the media player, or radio (FM) of the infotainment system.



(*E.g.*, https://www.youtube.com/watch?v=fVYJzDkR6m0, at 2:15).

**Q: What is the nature of the noise that you train the EVD system under?**

A: We train under a wide variety of noises, including typical road noise, engine noise, human speech, and music. For music, we account for situations where music is playing from a smartphone or other sources.

(*E.g.*, https://sensory.com/advanced-siren-detection-webinar/).

that your radio is playing music you filter out the music and you get the

(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 35:08).

18.     Defendant performs the step of generating an acoustic signal from sound external to the audio device on a second channel.  For example, EVD utilizes the vehicle's microphones to capture and detect sirens from approaching emergency vehicles ("sound external to the audio device"). EVD continuously listens to the microphone input and processes the captured audio to isolate siren sounds from other background noise. Further, it analyzes the incoming audio over an acoustic history window of approximately 1.5 seconds. EVD thus evaluates a short time segment of sound data to optimize siren detection, thereby generating a processed acoustic signal ("acoustic signal"). EVD then uses this processed acoustic signal to trigger audiovisual alerts on the vehicle's infotainment system. Therefore, it would be apparent to a person having ordinary skill in the art that such siren-based alert output corresponds to a second audio channel distinct from the normal music playback channel (first channel), where the external acoustic signal is prioritized and made audible to the driver.

COMPLAINT - 12



(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 17:50).

(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 9:07).

### How It Works

Sensory's system operates through a multi-layered detection process. The first stage, powered by a DSP, continuously monitors for potential siren signals and filters out non-relevant noise. Once a possible signal is detected, the system engages the revalidation stage, leveraging TrulySecure Speaker Verification (TSSV) for additional analysis. This two-tier process uses statistical revalidation followed by deep neural network validation for maximum accuracy, ensuring resource efficiency by only engaging higher-power processes when necessary.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

## Audio Capture and Microphone Configurations

Our emergency vehicle detection system is designed to capture audio using both in-cabin and external microphones. A single in-cabin microphone suffices for siren detection. For external audio, three or more microphones provide enhanced directional accuracy. Extensive studies have shown that our system remains robust against side noises, road noises, and car noises to ensure reliable performance in various car and road environments.

Microphone detects external sounds such as sounds from siren of an emergency vehicle ("sound external to the audio device")

COMPLAINT - 13

(*E.g.*, https://sensory.com/news/emergency-vehicle-detection-system/).

**Audio Capture & Multiple Microphones**

The system supports both in-cabin and external microphones for optimal audio capture. A single in-cabin microphone can efficiently detect sirens, while external setups using three or more microphones enhance directional accuracy, improving the system's robustness against road and vehicle noise.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).



(*E.g.*, https://sensory.com/product/ai-sound-id/).



**IN-CABIN DETECTION**

Utilizes existing in-cabin microphones, for seamless low cost integration.

COMPLAINT - 14

(*E.g.*, https://info.sensory.com/evd-brief).

## Q: What are the advantages of in-cabin microphones?

A: The primary advantage is cost. Modern cars already have internal microphones that can be used for siren detection without adding additional hardware.

(*E.g.*, https://sensory.com/advanced-siren-detection-webinar/).

19.    Defendant performs the step of receiving the audio content on the first channel and the acoustic signal on the second channel.  For example, EVD enables the driver of the vehicle to listen to the radio or media such as music ("receiving the audio content on the first channel") from the vehicle's infotainment system, while simultaneously monitoring external sounds through the vehicle's microphone inputs to detect approaching emergency sirens. The detected microphone audio is processed to isolate the siren from background noise, thereby generating a noise-free processed acoustic signal ("receiving the acoustic signal on the second channel").



(*E.g.*, https://www.youtube.com/watch?v=fVYJzDkR6m0, at 2:15).

COMPLAINT - 15

## Q: What is the nature of the noise that you train the EVD system under?

A: We train under a wide variety of noises, including typical road noise, engine noise, human speech, and music. For music, we account for situations where music is playing from a smartphone or other sources.

(*E.g.*, https://sensory.com/advanced-siren-detection-webinar/).



- Sensory EVD is fast
  - Overall response time within a few hundred milliseconds for first and second stage combined
  - Quick response time is essential

- System is optimized for footprint and latency
  - Technology maintains a sliding acoustic history of 1.5 seconds
  - Partially recognized sound events can trigger

(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 17:50).

- **AP Level Two-stage System for Emergency Vehicle Sound Detection**
  - 1st stage identifies event candidates
  - 2nd stage revalidates candidates and removes most FAs



FA events

Real events



(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 9:07).

### How It Works

Sensory's system operates through a multi-layered detection process. The first stage, powered by a DSP, continuously monitors for potential siren signals and filters out non-relevant noise. Once a possible signal is detected, the system engages the revalidation stage, leveraging TrulySecure Speaker Verification (TSSV) for additional analysis. This two-tier process uses statistical revalidation followed by deep neural network validation for maximum accuracy, ensuring resource efficiency by only engaging higher-power processes when necessary.

COMPLAINT - 16

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

## Audio Capture and Microphone Configurations

Our emergency vehicle detection system is designed to capture audio using both in-cabin and external microphones. A single in-cabin microphone suffices for siren detection. For external audio, three or more microphones provide enhanced directional accuracy. Extensive studies have shown that our system remains robust against side noises, road noises, and car noises to ensure reliable performance in various car and road environments.

Microphone detects external sounds such as sounds from siren of emergency vehicle ("sound external to the audio device")

(*E.g.*, https://sensory.com/news/emergency-vehicle-detection-system/).

### Audio Capture & Multiple Microphones

The system supports both in-cabin and external microphones for optimal audio capture. A single in-cabin microphone can efficiently detect sirens, while external setups using three or more microphones enhance directional accuracy, improving the system's robustness against road and vehicle noise.

(*E.g.*, https://email.sensory.com/hubfs/20241011_EVD.pdf).

20.     Defendant performs the step of determining whether the acoustic signal matched at least one of the plurality of predetermined digital sound patterns stored in the memory device, wherein if the acoustic signal matches at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content wherein the audio device includes a vehicular audio device. For example, EVD utilizes microphones to actively listen and detect a siren from the approaching

COMPLAINT - 17

emergency vehicles. EVD identifies sirens ("plurality of predetermined digital sound patterns") from police cars, fire trucks, and ambulances. Therefore, it would be apparent to a person having ordinary skill in the art that EVD determines whether the sounds detected through emergency vehicle matched at least one of the different sirens from police cars, fire trucks, and ambulance. Further, once EVD identifies the siren of an approaching emergency vehicle ("if the acoustic signal matches at least one of the plurality of predetermined digital sound patterns"), the driver is notified about the siren via visual and audio alerts ("audible sound is generated from the second channel based on the acoustic signal"). Moreover, because the infotainment system may simultaneously be playing entertainment audio such as music ("audio content"), the generation of the visual and audio alert necessarily involves prioritizing or overriding the first channel on which the music is playing, in order to make the siren-based alert audible to the driver. Moreover, if the siren is not detected ("if the acoustic signal does not match any of the predetermined digital sound patterns stored"), the vehicle's infotainment system continues playing the music ("selecting the first channel to generate audible sound based on the audio content").



(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 6:44).

COMPLAINT - 18



(*E.g.*, https://sensory.com/product/ai-sound-id/).



(*E.g.*, https://sensory.com/).

## How It Works

Sensory's system operates through a multi-layered detection process. The first stage, powered by a DSP, continuously monitors for potential siren signals and filters out non-relevant noise. Once a possible signal is detected, the system engages the revalidation stage, leveraging TrulySecure Speaker Verification (TSSV) for additional analysis. This two-tier process uses statistical revalidation followed by deep neural network validation for maximum accuracy, ensuring resource efficiency by only engaging higher-power processes when necessary.

COMPLAINT - 19

(*E.g.,* https://email.sensory.com/hubfs/20241011_EVD.pdf).

## Audio Capture and Microphone Configurations

Our emergency vehicle detection system is designed to capture audio using both in-cabin and external microphones. A single in-cabin microphone suffices for siren detection. For external audio, three or more microphones provide enhanced directional accuracy. Extensive studies have shown that our system remains robust against side noises, road noises, and car noises to ensure reliable performance in various car and road environments.

(*E.g.,* https://sensory.com/news/emergency-vehicle-detection-system/).



(*E.g.,* https://www.youtube.com/watch?v=fVYJzDkR6m0, at 2:15).

## Q: What is the nature of the noise that you train the EVD system under?

A: We train under a wide variety of noises, including typical road noise, engine noise, human speech, and music. For music, we account for situations where music is playing from a smartphone or other sources.

(*E.g.,* https://sensory.com/advanced-siren-detection-webinar/).

COMPLAINT - 20

that your radio is playing music you
filter out the music and you get the

(*E.g.*, https://www.youtube.com/watch?v=f0bGhhnVEo8, at 35:08).

21.    **Induced Infringement.** Upon information and belief, Defendant has been, now is inducing, and continues to incude infringement of claim 40 of the '341 patent in this District, in the State of California, and elsewhere in the United States, by providing AI Voice Solutions for Automotive applications which includes Emergency Vehicle Detection (EVD), for use by Defendant's customers to perform a method that infringes claim 40 as described above. (*Supra* ¶¶14-20).  At least as of the filing of this lawsuit and service of this Complaint, Defendant has had knowledge of the '341 Patent and knowledge that the use of the AI Voice Solutions for Automotive applications constituted direct patent infringement.  Despite this knowledge of infringement of claim 40 of the '341 patent, Defendant continues to encourage and induce its customers to use the AI Voice Solutions for Automotive applications, which integrates features including EVD, to provide the selectively switching between a plurality of audio channels in an audio device in a manner that infringed claim 40 of the '341 patent.  Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing its AI Voice Solutions for Automotive applications, which integrates features including EVD, to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 40 of the '341 Patent.  Specifically, Defendant provides the AI Voice Solutions for Automotive applications, which integrates features including EVD, knowing that it performs a method for selectively switching between a plurality of audio channels in an audio device with prestored predetermined digital sound patterns in a memory device, each of the plurality of predetermined digital sound patterns corresponding to a preselected external audio

COMPLAINT - 21

sound, supplying audio content on a first channel of the AI Voice Solutions for Automotive applications, generating an acoustic signal from sound external to the audio device on a second channel in the AI Voice Solutions for Automotive applications, receiving the audio content on the first channel and the acoustic signal on the second channel in the AI Voice Solutions for Automotive applications, determining whether the acoustic signal matched at least one of the predetermined digital sound patterns stored in the memory device, and if the acoustic signal matches at least one of the predetermined digital sound patterns stored in the memory device, selecting the second channel such that an audible sound is generated from the second channel based on the acoustic signal, and if the acoustic signal does not match at least one of the plurality of predetermined digital sound patterns stored in the memory device, selecting the first channel such that an audible sound is generated from the first channel based on the audio content. (*Supra* ¶¶14-20). Defendant also informs its customers that their use of their product performs steps that infringe claim 40. (*Supra* ¶¶14-20). Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 40 of the '341 patent by its customers. Even where performance of the steps required to infringe claim 40 of the '341 patent is accomplished by Defendant and Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

22. Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '341 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

23. On information and belief, Defendant has been aware of the infringement since it became aware of the lawsuits *Ad Innovations LLC v BMW of North America, LLC*, C.A. No.

3:25-cv-00179 (S.D. Tex) and *Ad Innovations LLC v Mercedes-Benz USA, LLC*, 3:25-cv-01362-B (N.D. Tex). Defendant's infringement thus has been willful, subjecting it to treble damages in accordance with 35 U.S.C. § 284 as well as an award to Ad Innovations of its attorneys' fees in accordance with 35 U.S.C. § 285.

24.    On information and belief, Defendant will continue its infringement unless enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

25.    The asserted claim of the '341 Patent (claim 40) is a method claim to which the marking requirements are not applicable.  Plaintiff has therefore complied with the marking statute 35 USC §287.

## V.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claim 40 of United States Patent No. 8,594,341 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.    That Defendant be permanently enjoined from any further activity or conduct that infringes;

d.    That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

COMPLAINT - 23

e. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

April 6, 2026

Respectfully Submitted,

/s/ Stephen M. Lobbin

OF COUNSEL:

David R. Bennett
(motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

Stephen M. Lobbin
SML Avvocati P.C.
969 Hilgard Avenue, Suite 1012
Los Angeles, CA 90024
(949) 636-1391
sml@smlavvocati.com

*Attorneys for Plaintiff
Ad Innovations, LLC*

COMPLAINT - 24